# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **MICHAEL BEALL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | No.   1:13-cv-00131-GZS |
| ) | |
| **CORRECTION OFFICER BECKER,** ) | |
| ) | |
| **Defendant** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 8) filed May 24, 2013, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Complaint (ECF No. 1) is summarily **DISMISSED** for the reasons set forth in the Magistrate Judge's Recommended Decision.

　　　　　　　　　　　　　　　　　　　　  /s/ George Z. Singal      
　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated this 19th day of June, 2013.